IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>MARIO CEJA MAGANA,<br><br>　　　　Defendant-Petitioner. | ***E-FILED - 11/7/07***<br><br>CASE NOS.  C-06-03064-RMW (PR)<br>　　　　　　　　CR-96-20057-RMW<br><br>ORDER REQUIRING RESPONSE |

Mario Ceja Magana has filed a motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct his sentence pursuant to the Ninth Circuit's authorization to file a second or successive motion.  The government is ordered to file a response by December 7, 2007 pursuant to Rules 4 and 5 governing § 2255 motions.

DATED:　　　November 6, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Ronald M Whyte_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

2   Copy of Order E-Filed and Mailed on 11/7/07   to:

3   Jeffrey D. Nedrow
    Assistant United States Attorney
4   280 South First Street
    San Jose, CA 95113
5
        Attorney for Plaintiff-Respondent United States of America
6

7   Mario Ceja Magana
    Reg. No. 00343-111
8   FCI Ashland
    P.O. Box 6001
9   Ashland, Kentucky 41105

10      Defendant-Petitioner in Pro Se

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER REQUIRING RESPONSE**
**CASE NOS. C-06-03064-RMW (PR); CR-96-20057-RMW**