*E-FILED -10/24/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO CEJA MAGANA,<br><br>Defendant. | NO. CR-96-20057-RMW<br><br>ORDER DENYING MOTION FOR SENTENCING RELIEF<br><br>[Dkt. 174] |

Defendant's motion for sentencing relief is denied without prejudice to an appropriate claim for relief following exhaustion.

DATED: 10/24/11

_____
RONALD M. WHYTE
United States District Judge

1
2   Copy of Order Mailed on **10/24/11** to:
3   Mario Ceja Magana
    Reg. #00343-111
4   Flightline Unit/GEO Group
    2001 Rickabaugh Drive
5   Big Spring, TX 79720
6
7   Copy of Order E-Filed to Government Counsel
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DENYING MOTION FOR SENTENCING RELIEF
NO.  CR-96-20057-RMW                              2